IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:96-CR-00010-19-RLV-DSC

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|   | ) |   |
| v. | ) | **ORDER** |
|   | ) |   |
| ARNOLD ADAMS, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

**THIS MATTER IS BEFORE THE COURT** on the United States' Petition for Remission of Fine (the "Petition"). [Doc. No. 575]. The Petition is hereby **GRANTED** for the grounds stated therein. *Id.* The $2,100.00 fine is hereby **REMITTED**.

**SO ORDERED**.

Signed: April 15, 2016

Richard L. Voorhees
United States District Judge