|  |  |
|---|---|
| **To:** | The Honorable Kenneth D. Bell<br>U.S. District Court Judge |
| **From:** | Asa Gravley<br>U.S. Probation Officer |
| **Subject:** | **Arnold Adams**<br>Case Number: 0419 5:96CR00010<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 6/11/2020 |



**NORTH CAROLINA WESTERN MEMORANDUM**

Arnold Adams appeared before Your Honor on 10/22/2019, for a supervised release revocation hearing, based on a warrantless search that yielded illegal drugs and a mobile phone. At that hearing, Mr. Adams was found in violation of his conditions of release. As a result, Mr. Adams was sentenced to 52 months of imprisonment, with no term of supervised release to follow. Since Mr. Adams has been an inmate in the Federal Bureau of Prisons (herein BOP), attempts were made by the U.S. Probation Office to return the defendant's phone. However, Mr. Adams has failed to provide a valid family member so his mobile phone can be returned appropriately.

At this time, my office is respectfully requesting to destroy Mr. Adams' mobile phone, in accordance with U.S. Probation Office policies and procedures.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7677, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: June 11, 2020

Kenneth D. Bell
United States District Judge