IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:96-CR-00010-KDB-DSC-19

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ARNOLD ADAMS | ) |
| | ) |

**THIS MATTER** is before the Court upon what the Court will construe as a motion *pro se* by defendant Arnold Adams for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 604). This is Defendant's fourth motion for compassionate release. He contends that he has served too much time. Defendant has completed serving his original sentence of 240 months and is currently serving the second of two sentences for violations of supervised release. (Doc. Nos. 577, 592). Having carefully reviewed the defendant's motion and all other relevant portions of the record, the Court will deny the motion.

Defendant's motion for compassionate release was denied because Defendant did not exhaust his administrative remedies nor support it with proper evidence. (Doc. Nos. 595, 598, 603). Defendant presents no new evidence that this Court has not previously considered and the Court finds no reason to change its prior rulings.

**IT IS, THEREFORE, ORDERED**, that the defendant's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 (Doc. No. 604), is **DENIED** without prejudice to a renewed motion properly supported by evidence and after exhaustion of his administrative remedies.

**SO ORDERED.**

Signed: September 2, 2021

Kenneth D. Bell
United States District Judge